UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN OXMAN,<br><br>          Plaintiff,<br><br>   v.<br><br>STATE BAR OF CALIFORNIA,<br><br>          Defendant. | Case No. 12-cv-05517-WHO<br><br>**ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 25 |

On July 17, 2013, the Plaintiff requested 10 additional days to file a First Amended Complaint. The Court GRANTS the extension. Plaintiff shall file a First Amended Complaint by July 29, 2013. No further extensions will be granted.

The hearing on Defendant's Motion to Dismiss (Dkt. No. 19), scheduled for August 7, 2013, is therefore VACATED and the parties may schedule future hearings as appropriate.

**IT IS SO ORDERED.**

Dated: July 18, 2013



WILLIAM H. ORRICK
United States District Judge